```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
JUAN SANTIAGO,

                Plaintiff,

    - against -

CITY OF NEW YORK, POLICE OFFICER MICHAEL
McHUGH, and POLICE OFFICERS JOHN DOE I and
II,

                Defendants.
------------------------------------------X

ORDER

08 CV 9749 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    It having been reported to this Court that this case has been settled, it is

    **ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

DATED:    New York, New York
             October 28, 2009

                                          NAOMI REICE BUCHWALD
                                          UNITED STATES DISTRICT JUDGE